```
1  TIMOTHY J. SULLIVAN, STATE BAR #83027
   CALLAHAN, LITTLE & SULLIVAN
2  Attorney at Law
   110 Juniper Street
3  San Diego, California 92101
   Telephone: (619) 232-6846
4
5  Attorney for Assignee, CAL-WEST EQUITIES, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HUERTH and JOAN HUERTH, individually and d/b/a HUERTH FINANCIAL LEASING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THEODORE JONAVIC, et al., <br><br> Defendants. | CASE NO. 2:13-cv-02667-GHK-AJW <br><br> RENEWAL OF JUDGMENT BY CLERK |

Upon application of CAL-WEST EQUITIES, INC., a California corporation ("CAL-WEST EQUITIES"), the Assignee of Record of ARTHUR HUERTH and JOAN HUERTH, for renewal of the judgment entered against Judgment Debtor, ICE SKATING ENTERPRISES (Defendant and Judgment Debtor) registered with this Court on March 14, 2013, and upon declaration that Defendant and Judgment Debtor has failed to pay the amounts of the Judgment; and that Defendant and Judgment Debtors are indebted to CAL-WEST EQUITIES, INC.

Abstract of Judgments have been recorded in the following counties:

1

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK

| | COUNTY | DATE | RECORDATION NUMBER |
|---|---|---|---|
| 1 | | | |
| 2 | Los Angeles | May 21, 2013 | 2013-0763942 |
| 3 | El Dorado County | October 18, 2013 | 2013-0053696 |

Assignments of Judgments have been recorded in the following counties:

| | COUNTY | DATE | RECORDATION NUMBER |
|---|---|---|---|
| 6 | Los Angeles | July 22, 2020 | 2020-0817731 |
| 7 | El Dorado County | June 17, 2020 | 2020-0028583-01 |

The last known address for Defendants and Judgment Debtors are:

    ICE SKATING ENTERPRISES, INC., Registered agent: KEITH E. PRESSMAN, 409 Santa Monica Blvd, Suite E, Santa Monica, California 90401.

The Judgment entered in favor of ARTHUR HUERTH and JOAN HUERTH and against Defendant and Judgment Debtor for ICE SKATING ENTERPRISES, INC., is hereby renewed in the amount of $12,025.00 and based upon the following:

    a.    Judgment as entered ..................... $ 78,457.32
    b.    Costs After Judgment..................... $      0.00
    c.    Subtotal ................................ $ 78,457.32
    d.    Less credits after judgment ............. $ 66,432.32
    e.    Interest after judgment ................. $      0.00

```
    f.   Subtotal ................................ $   12,025.00
TOTAL RENEWED JUDGMENT ............................ $   12,025.00
```

Dated: July 28, 2022                    _Sharon Hall Brown_
                                        Deputy Clerk


Presented by: _Timothy J. Sullivan_
              Timothy J. Sullivan, Esq.
              Attorney For Cal-West
              Equities, Inc.