TIMOTHY J. SULLIVAN, STATE BAR #83027
CALLAHAN, LITTLE & SULLIVAN
Attorney at Law
110 Juniper Street
San Diego, California 92101
Telephone: (619) 232-6846

Attorney for Assignee, CAL-WEST EQUITIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HUERTH and JOAN HUERTH, individually and d/b/a HUERTH FINANCIAL LEASING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THEODORE JONAVIC, et al.,<br><br>Defendants. | CASE NO. 2:13-cv-02667-GHK-AJW<br><br>RENEWAL OF JUDGMENT BY CLERK |

Upon application of CAL-WEST EQUITIES, INC., a California corporation ("CAL-WEST EQUITIES"), the Assignee of Record of LESLIE HUERTH, Judgment Creditor, for renewal of the judgment entered against Judgment Debtor, THOM FERRO, individually and doing business as Moon Shadow Leasing, registered with this Court on March 14, 2013, and upon declaration that Defendants and Judgment Debtors have failed to pay the amounts of the Judgment; and that Defendant and Judgment Debtor is indebted to CAL-WEST EQUITIES, INC.

Abstract of Judgments have been recorded in the following counties:

| COUNTY | DATE | RECORDATION NUMBER |
|---|---|---|
| Los Angeles | May 21, 2013 | 2013-0763942 |
| El Dorado County | October 18, 2013 | 2013-0053696 |

Assignments of Judgments have been recorded in the following counties:

| COUNTY | DATE | RECORDATION NUMBER |
|---|---|---|
| Los Angeles | July 22, 2020 | 2020-0817731 |
| El Dorado County | June 17, 2020 | 2020-0028583-01 |

The last known address for Defendants and Judgment Debtors are:

THOM FERRO is 23448 Moon Shadows Drive, Malibu, California 90265.

The Judgment in favor of Plaintiff LESLIE HUERTH and against Defendant and Judgment Debtor THOM FERRO is hereby renewed in the amount of $10,000.00 based upon the following:

a. Judgment as entered ...................... $ 76,432.32

b. Costs After Judgment...................... $ 0.00

c. Subtotal ................................. $ 76,432.32

d. Less credits after judgment .............. $ 66,432.32

e. Interest after judgment .................. $ 0.00

f. Subtotal .................................. $ 10,000.00

TOTAL RENEWED JUDGMENT ............................ $ 10,000.00

Dated: July 28, 2022

Deputy Clerk

Presented by: 
Timothy J. Sullivan, Esq.
Attorney For Cal-West Equities, Inc.

KIRY K. GRAY, CLERK OF COURT
U.S. DISTRICT COURT