TIMOTHY J. SULLIVAN, STATE BAR #83027
CALLAHAN, LITTLE & SULLIVAN
Attorney at Law
110 Juniper Street
San Diego, California 92101
Telephone: (619) 232-6846

Attorney for Assignee, CAL-WEST EQUITIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HUERTH and JOAN HUERTH, individually and d/b/a HUERTH FINANCIAL LEASING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THEODORE JONAVIC, et al., <br><br> Defendants. | CASE NO. 2:13-cv-02667-GHK-AJW <br><br> RENEWAL OF JUDGMENT BY CLERK |

Upon application of CAL-WEST EQUITIES, INC., a California corporation ("CAL-WEST EQUITIES"), the Assignee of Record of LESLIE HUERTH, Judgment Creditor, for renewal of the judgment entered against Judgment Debtor, KATHERINE WERNER, (Defendant and Judgment Debtor) registered with this Court on March 14, 2013, and upon declaration that Defendant and Judgment Debtor has failed to pay the amounts of the Judgment; and that Defendant and Judgment Debtor is indebted to CAL-WEST EQUITIES, INC.

Abstract of Judgments have been recorded in the following counties:

1

RENEWAL OF JUDGMENT BY CLERK

| COUNTY | DATE | RECORDATION NUMBER |
|---|---|---|
| Los Angeles | May 21, 2013 | 2013-0763942 |
| El Dorado County | October 18, 2013 | 2013-0053696 |

Assignments of Judgments have been recorded in the following counties:

| | | |
|---|---|---|
| Los Angeles | July 22, 2020 | 2020-0817731 |
| El Dorado County | June 17, 2020 | 2020-0028583-01 |

The last known addresses for Defendant and Judgment Debtor are:

    KATHERINE WERNER are 1130 N. Gower Street, Los Angeles, California 90035-1802 and 1732 Aviation Blvd, #104, Redondo Beach, California 90278.

The Judgment in favor of Plaintiff LESLIE HUERTH and against Defendant and Judgment Debtor KATHERINE WERNER, is hereby renewed in the amount of $10,000.00 based upon the following:

    a.    Judgment as entered ...................... $ 76,432.32
    b.    Costs After Judgment...................... $      0.00
    c.    Subtotal ................................. $ 76,432.32
    d.    Less credits after judgment .............. $ 66,432.32
    e.    Interest after judgment .................. $      0.00

///
///
///

```
 1        f.   Subtotal ................................ $  10,000.00
 2   TOTAL RENEWED JUDGMENT ............................. $  10,000.00
```

Dated: July 28, 2022                    _____Sharon Hall Brown_____
                                              Deputy Clerk


Presented by: _____Timothy J Sullivan_____
              Timothy J. Sullivan, Esq.
              Attorney For Cal-West
              Equities, Inc.