```
1  TIMOTHY J. SULLIVAN, STATE BAR #83027
   CALLAHAN, LITTLE & SULLIVAN
2  Attorney at Law
   110 Juniper Street
3  San Diego, California 92101
   Telephone:  (619) 232-6846
4

5  Attorney for Assignee, CAL-WEST EQUITIES, INC.

6
```

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  ARTHUR HUERTH and<br>     JOAN HUERTH, individually<br>11   and d/b/a HUERTH FINANCIAL<br>     LEASING, et al.,<br>12<br>13                Plaintiffs,<br>14   v.<br>15   THEODORE JONAVIC, et al.,<br>16                Defendants. | CASE NO. 2:13-cv-02667-GHK-AJW<br><br>RENEWAL OF JUDGMENT<br>BY CLERK |

17

18      Upon application of CAL-WEST EQUITIES, INC., a California
19 corporation ("CAL-WEST EQUITIES"), the Assignee of Record of ARTHUR
20 HUERTH and JOAN HUERTH, individually and doing business as HUERTH
21 FINANCIAL GROUP, Judgment Creditor, for renewal of the judgment
22 entered against Judgment Debtor, KATHERINE WERNER, registered with
23 this Court on March 14, 2013, and upon declaration that Defendant
24 and Judgment Debtor has failed to pay the amounts of the Judgment;
25 and that Defendant and Judgment Debtor is indebted to CAL-WEST
26 EQUITIES, INC.
27      Abstract of Judgments have been recorded in the following
28
                                    1
---
                    RENEWAL OF JUDGMENT BY CLERK

counties:

| COUNTY | DATE | RECORDATION NUMBER |
|---|---|---|
| Los Angeles | May 21, 2013 | 2013-0763942 |
| El Dorado County | October 18, 2013 | 2013-0053696 |

Assignments of Judgments have been recorded in the following counties:

| Los Angeles | July 22, 2020 | 2020-0817731 |
|---|---|---|
| El Dorado County | June 17, 2020 | 2020-0028583-01 |

The last known address for Defendant and Judgment Debtor are: KATHERINE WERNER are 1130 N. Gower Street, Los Angeles, California 90035-1802 and 1732 Aviation Blvd, #104, Redondo Beach, California 90278.

The Judgment in favor of Plaintiffs ARTHUR HUERTH and JOAN HUERTH, individuals and doing business as HUERTH FINANCIAL LEASIN and against Defendant and Judgment Debtor KATHERINE WERNER, is hereby renewed in the amount of $922,130.48 based upon the following:

    a.   Judgment as entered ..................... $ 990,432.32
    b.   Costs After Judgment..................... $       0.00
    c.   Subtotal ................................ $ 990,432.32
    d.   Less credits after judgment ............. $  68,301.84
    e.   Interest after judgment ................. $       0.00

|   |   |   |
|---|---|---|
| 1 | f.  Subtotal ............................. $ 922,130.48 |

TOTAL RENEWED JUDGMENT ........................... $ 922,130.48

Dated: July 28, 2022

*Sharon Hall Brown*
Deputy Clerk

Presented by: *Timothy J. Sullivan*
Timothy J. Sullivan, Esq.
Attorney For Cal-West
Equities, Inc.

3