TIMOTHY J. SULLIVAN, STATE BAR #83027
CALLAHAN, LITTLE & SULLIVAN
Attorney at Law
110 Juniper Street
San Diego, California 92101
Telephone: (619) 232-6846

Attorney for Assignee, CAL-WEST EQUITIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HUERTH and JOAN HUERTH, individually and d/b/a HUERTH FINANCIAL LEASING, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THEODORE JONAVIC, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:13-cv-02667-GHK-AJW<br><br>RENEWAL OF JUDGMENT BY CLERK |

    Upon application of CAL-WEST EQUITIES, INC., a California corporation ("CAL-WEST EQUITIES"), the Assignee of Record of ARTHUR HUERTH and JOAN HUERTH, individually and doing business as HUERTH FINANCIAL GROUP, and LESLIE HUERTH, Judgment Creditors, for renewal of the judgment entered against Judgment Debtor, THOM FERRO, individually and doing business as Moon Shadow Leasing, registered with this Court on March 14, 2013, and upon declaration that Defendant and Judgment Debtor has failed to pay the amount of the Judgment; and that Defendant and Judgment Debtor are indebted to CAL-WEST EQUITIES, INC.

Abstract of Judgments have been recorded in the following counties:

| COUNTY | DATE | RECORDATION NUMBER |
|---|---|---|
| Los Angeles | May 21, 2013 | 2013-0763942 |
| El Dorado County | October 18, 2013 | 2013-0053696 |

Assignments of Judgments have been recorded in the following counties:

| Los Angeles | July 22, 2020 | 2020-0817731 |
|---|---|---|
| El Dorado County | June 17, 2020 | 2020-0028583-01 |

The last known address for Defendant and Judgment Debtor is:

THOM FERRO is 23448 Moon Shadows Drive, Malibu, California 90265.

The Judgment in favor of ARTHUR HUERTH and JOAN HUERTH, individually and dba HUERTH FINANCIAL LEASING, against DEFENDANT THOM FERRO is hereby renewed in the amount of $908,062.37 based on the following:

a. Judgment as entered........................ $ 990,432.32
b. Costs After Judgment....................... $       0.00
c. Interest after judgment computed from December 12, 2012 to May 17, 2013 (Interest at 0.18%: 156 days at $4.93 daily interest)........................... $     769.08
d. Subtotal .................................. $ 991,201.40
e. Less credits after judgment .............. $  97,525.88
f. Subtotal .................................. $ 893,675.52
g. Interest after judgment computed from

```
1        May 29, 2013 through March 24, 2022
2           (Interest at 0.18%; 3,233 Days at $4.45 daily
3           interest) ................................ $  14,386.85
4  TOTAL RENEWED JUDGMENT ............................. $ 908,062.37
```

Dated: August 4, 2022                    _____
                                         *Sharon Hall Brown*
                                         Deputy Clerk

Presented by: _____
              Timothy J. Sullivan, Esq.
              Attorney For Cal-West
              Equities, Inc.

KIRY K. GRAY, CLERK OF COURT
U.S. DISTRICT COURT

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK